

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

| | | |
|---|---|---|
| KAIRI SHOREA JERRIGAN, | § | No. 08-18-00086-CR |
| Appellant, | § | Appeal from the |
| v. | § | 143rd District Court |
| THE STATE OF TEXAS, | § | of Ward County, Texas |
| State. | § | (TC# 17-06-05848-CRW) |

§

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **January 22, 2019**.  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Robert V. Garcia, Jr., the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before January 22, 2019.

IT IS SO ORDERED this 27th day of November, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.